UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO REYNA CERON,<br><br>        Petitioner,<br><br>    v.<br><br>J. ENGLEMAN, Warden,<br><br>        Respondent. | No.  CV 23-3388-SSS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation.  No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted and this action is dismissed with prejudice.

      IT IS FURTHER ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: March 6, 2024

                                      SUNSHINE SUZANNE SYKES<br>                                      United States District Judge